# EXHIBIT 3

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| TERM | INFRINGING PRODUCT (ASIN B0F9WHXYQ7) |
| --- | --- |
| 15. A litter matt comprising: | Cat Litter Mat, Double Layer Honeycomb Litter Trapping Mat, Non Slip Waterproof Urine Proof Litter Box Mat for Floor, Kitty Litter Rug, Cat Supplies, Beige, 20x14 Inches<br>Visit the Petinstinct Store<br>4.5 (3,926) \| Search this page<br>Amazon's Choice<br><br>www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **first planar layer** constructed of a synthetic material, said **first layer** having an **upper surface** and an opposite lower surface, |    www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **second planar layer** constructed of a synthetic material, said **second planar layer** having an **upper surface** and an opposite lower surface, | <br><br>www.amazon.com/dp/B0F9WHXYQ7 |

# CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)
## Patent Priority Date: 17 Oct 2015

| | |
|---|---|
| said **second planar layer** connected to said **first planar** layer to move between a **use position** and an **open position**, |     www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| in said **use position** said lower surface of the **second planar layer** overlays said upper surface of said **first planar layer**, | <br>www.amazon.com/dp/B0F9WHXYQ7 |

# CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)
## Patent Priority Date: 17 Oct 2015

| | |
|---|---|
| and in said **open position** at least a portion of said **upper surface** of said **first planar layer** is exposed, and |  www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **plurality of spaced openings** extending entirely through said **second planar layer**, | <br>www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| said **openings increasing in cross sectional area** from said **lower surface** of said **second planar layer** to said **upper surface** of said **second planar layer.** |  |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)**
**Patent Priority Date: 17 Oct 2015**



# CLAIM COMPARISON CHART - U.S. PATENT NO. 11,044,886 (claim 15)
## Patent Priority Date: 17 Oct 2015

