# EXHIBIT 4

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| TERM | INFRINGING PRODUCT (ASIN B0F9WHXYQ7) |
| --- | --- |
| 1. A pet mat comprising: | Cat Litter Mat, Double Layer Honeycomb Litter Trapping Mat, Non Slip Waterproof Urine Proof Litter Box Mat for Floor, Kitty Litter Rug, Cat Supplies, Beige, 20x14 Inches<br>Visit the Petinstinct Store<br>4.5 (3,926) \| Search this page<br>Amazon's Choice<br><br>www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **first planar layer** constructed of a synthetic material, |    www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **second planar layer** constructed of a synthetic material and overlying said **first layer**, |   www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| said **second planar layer** pivotally connected to said **first planar layer**, and |     www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| a **plurality of spaced openings** extending entirely through said **second planar layer**, | <br>www.amazon.com/dp/B0F9WHXYQ7 |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

| | |
|---|---|
| said **openings increasing in cross sectional area** from a side of said **second layer** in abutment with said **first layer** and away from said **first layer**. |  |

**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**



**CLAIM COMPARISON CHART - U.S. PATENT NO. 10,178,852 (claim 1)**
**Patent Priority Date: 17 Oct 2015**

